AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

XXXX XXXX Road, SE
Apartment #XXX
Washington, DC

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I     Christopher Fiorito     being duly sworn depose and say:

I am a(n)     Federal Bureau of Investigation     and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location):

Location is described as an apartment complex known as XXXX XXXX Apartments located on the right side of XXXX Road exiting off of XXXXXXXX XXXXXXX. Search site is located in apartment building numbered "XXXX" w/numbers affixed in black on the outside of bldg. being visible from the parking lot. Building is situated on the north side and in the northeast corner after making first left inside entry gates to apartment complex. Building is a yellow brick, split level, multi-family structure w/white trim. A concrete sidewalk leads up to the glass entry door of apartment dwelling where inside two sets of stairs are located, taking the left staircase up to the 2nd level four apartments are located; apartment XXX is the third from the left w/a tan door and numbers "XXX" affixed on the door in a horizontal manner.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See attached Affidavit**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**See attached Affidavit**

concerning a violation of Title  21  United States Code, Section(s) 841 (a)(1) & 846 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES    ☐ NO

Arvind Lal
Organized Crime & Narcotics Trafficking
(202)353-8833

Signature of Affiant
Christopher Fiorito, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer

Signature of Judicial Officer