UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. |
| | : | |
| v. | : | |
| | : | **UNDERSEAL** |
| ENTIRE PREMISES OF | : | |
| **** WAHLER PLACE, SE | : | |
| **** STANTON ROAD SE, APT #*** | : | |
| **** FOURTH STREET, SE, APT #* | : | |
| **** FOURTH STREET, SE, APT #* | : | |
| **** FOURTH STREET, SE APT #* | : | |
| **** FOURTH STREET, SE, APT #* | : | |
| **** FOURTH STREET, S.E., APT #*** | : | |
| **** SECOND STREET, S.E., APT * | : | |
| All in Washington, D.C. | : | |
| _____: | | |

O R D E R

Upon motion of the United States, it is this _____ day of May, 2006,

ORDERED that the affidavit in support of the search warrants for the above-named premises as

well as the Government's Motion to Seal and this Court's Order to Seal, shall be sealed and

remain so until further order of the Court.

_____
Alan Kay
United State Magistrate Judge