AO93(Rev.3/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

3092 Stanton Road, SE
Apartment #203
Washington, DC

**SEARCH WARRANT**

CASE NUMBER 06 - - M - 01

TO: __Special Agent Christopher Fiorito__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Christopher Fiorito_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):

Location is described as an apartment complex known as Stanton Glen Apartments located on the right side of Stanton Road exiting off of Suitland Parkway. Search site is located in apartment building numbered "3092" w/numbers affixed in black on the outside of bldg. being visible from the parking lot. Building is situated on the north side and in the northeast corner after making first left inside entry gates to apartment complex. Building is a yellow brick, split level, multi-family structure w/white trim. A concrete sidewalk leads up to the glass entry door of apartment dwelling where inside two sets of stairs are located, taking the left staircase up to the 2nd level four apartments are located; apartment 203 is the third from the left w/a tan door and numbers "203" affixed on the door in a horizontal manner.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attached Affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

MAY

**YOU ARE HEREBY COMMANDED** to search on or before _____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 18 2006    2 ob

Date and Time Issued   ALAN KAY            at Washington, D.C.
           U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer       Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/18/06 | 5/23/06 6:05 AM | SHANEEKA BELTON |

INVENTORY MADE IN THE PRESENCE OF
SHANEEKA BELTON

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597 (2 PAGES)

**FILED**

MAY 30 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature: Christopher Fiotz]*

Subscribed, sworn to, and returned before me this date.

*[signature]*
U.S. Judge or U.S. Magistrate Judge

05-30-06
Date

FD-597 (Rev 8-11-94)

Page _____ of __2__

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

ENTRY: 6:05AM (SWAT)
EXIT: 8:10AM

File # 245D-WF-221187

On (date) 5/23/06

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) SHANEEKA BECTON (B/F, DOB: 6/5/87)
(Street Address) 3092 STANTON RD, SE, #203
(City) WDC

Description of Item(s):

ITEM #1 - SUSPECTED CRACK COCAINE IN CLEAR BAGGIE (Room A - KRALIK/McDermott)
ITEM #2 - WHITE PLASTIC BAG CONTAINING SCALE, SCREENER, ZIPLOCKS, PYREX CUP, WEIGHTS, SPOONS, RAZOR BLADES, QUININE (Room C - Howe)
ITEM #3 - ONE CLEAR BAGGIE CONTAINING SUSPECTED MARIJUANA (Room A - McDermott)
ITEM #4 - ONE PURPLE BAGGIE CONTAINING SUSPECTED MARIJUANA (Room B - Nock)
ITEM #5 - ONE CLEAR BAGGIE CONTAINING SUSPECTED MARIJUANA (Room F - Wynn)
ITEM #6 - ONE CLEAR BAGGIE W/ WHITE RESIDUE (Room B - Nock)
ITEM #7 - ONE EMPTY RIFLE MAGAZINE (Room B - Nock)
ITEM #8 - MISC. PHOTOS; VERIZON BILL IN NAME OF SHANNON BEST (Room C - Howe)
ITEM #9 - WHITE BAG CONTAINING LOOSE AMMUNITION & EMPTY HANDGUN MAGAZINE (Room C - McDermott)
ITEM #10 - MISC. PHOTOS (Room A - Ashby)
ITEM #11 - MISC. PAPERWORK, PHOTO, & MONEY ORDER (Room C - Howe)
ITEM #12 - MISC. PHOTOS & WASHINGTON GAS BILL IN NAME OF SHANNON BEST (Room F - Wynn)
ITEM #13 - MISC. COURT PAPERS OF JAMES BECTON (Room B - Wynn)
ITEM #14 - WDC DRIVERS LEARNER PERMIT FOR KEITH SAMPLER (Room B - Wynn)
ITEM #15 - MISC. MAIL MATTER (Room A - McDermott)

Received By: _____ (Signature)

Received From: X Shaneeka Becton (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-221187

On (date) 5/23/06

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) SHANEEKA BECTON (B/F; DOB: 6/5/87)
(Street Address) 3092 STANTON RD, SE, #203
(City) WDC

Description of Item(s):

ITEM #16 - WDC DL IN NAME OF SHANEEKA BECTON; CA DL IN NAME OF KRISTIAN WASHINGTON; PHOTO OF CARDARIUS BECTON (ROOM I - HEMMY)

ITEM #17 - ONE SAMSUNG CELL PHONE (ROOM I - HEMMY)

ITEM #18 - ONE VIRGIN MOBILE CELL PHONE (ROOM F - WYNN)

ITEM #19 - ONE SPRINT CELL PHONE (ROOM B - NOCK)

ITEM #20 - MISC NEWSPAPER ARTICLES; PHOTO (ROOM F - WYNN)

ITEM #21 - MISC. PHOTOS (ROOM C - HORNE)

ITEM #22 - MISC. PHOTO & BUSINESS CARD (ROOM I - HEMMY)

NOTHING ELSE

Received By: _____ (Signature)

Received From: Shaneeka Becton (Signature)