UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**In re Search Warrant**
**for the premises of:**

| | | |
|---|---|---|
| 3092 STANTON ROAD SE, APARTMENT #203 | : | 06-224-M-01 |
| WASHINGTON, D.C. | : | |

## ORDER

Upon consideration of the Government's motion to unseal the above captioned search warrant and the docket entries related thereto, it is hereby

ORDERED that the above captioned matters are unsealed.

_____                    _____
Date                                                                 United States Magistrate Judge