# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**In re Search Warrant**
**for the premises of:**

**FILED**

AUG 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3092 STANTON ROAD SE, APARTMENT #203   :        06-224-M-01
WASHINGTON, D.C.                        :

### ORDER

Upon consideration of the Government's motion to unseal the above captioned search

warrant and the docket entries related thereto, it is hereby

ORDERED that the above captioned matters are unsealed.

_August 21, 2007_
Date

_____
United States Magistrate Judge